**Software**

59 Adelaide Street East, 2nd Floor
Toronto, Ontario
Canada M5C 1K6

Tel: +1 416 203 8508
Fax: +1 416 203 8511
www.altsoftware.com

June 21, 2012

Core Avionics & Industrial LLC
400 North Tampa Street, Suite 2850
Tampa, Florida
33602

**RE: ALT Software, Inc. Breaches of Asset Purchase Agreement, Intellectual Property Transfer Agreement, Software License Agreement, and Reseller Agreement, all dated June 21, 2011, between Core Avionics & Industrial LLC and ALT Software, Inc.**

Dear Mr. Pappas:

In response to your letter dated June 8, 2012, please see the following table. Your claims of breach to several terms in various agreements and contracts are addressed within the table. Any subsequent correspondence relating to these claims should include Chris Ashby, legal counsel for ALT Software, Inc.

Regards,

Grant Wagner
Chief Executive Officer
Three2N International
+1 416-203-8508
Grant.wagner@three2n.com

Cc:  Chris Ashby, Attorney at Law
     Gareth Evans, Chief Operating Officer, ALT Software, Inc.
     Lee Melatti, CEO, Core Avionics

EXHIBIT 12

| Sec | # | Item | Title | Response |
|---|---|---|---|---|
| A | | | **Breaches of Agreements** | |
| A | 1 | | **Asset Purchase Agreement (APA)** | |
| A | 1 | a | Indemnification | ALT is not in breach of clause 4.3(d) in the agreement. The only assets sold were the Rights and the contracts set out in clause 2.1 of the Asset Purchase Agreement. There is only a reference to Expando Systems AB contracts in Schedule 2.1(b).<br>Section 2.2 (b) of the Asset Purchase Agreement is very clear on this point and states that "Notwithstanding anything to the contrary in this Agreement, Seller shall not sell, transfer or assign, and Buyer shall not purchase or otherwise acquire, the following assets of the Seller (such assets being collectively referred to hereinafter as the "Excluded Assets": (b) all rights of Seller and Seller's Affiliates arising under any active contract or agreement not set forth in Schedule 2.1(b)".<br>Any other contracts existing at the time of the sale remained with ALT and are confidential to ALT. They will not be disclosed. CoreAVI was fully aware that there were existing contracts at the time of the agreement but chose not to purchase them. As you are aware, there are no contracts listed in the Schedule 4.3 and there is no breach. |
| A | 1 | b | Material | Again ALT is not in breach. As stated above, the only contracts CoreAVI chose to purchase were the Expando contracts. There are no "material agreements", even if such a phrase has a meaning other than the ones purchased. |
| A | 1 | c | Unauthorized Activity | ALT is not in breach. CoreAVI has been apprised of all activities related to ALT's efforts to licence the product and ALT is certainly not in breach of this non-competition clause. |
| A | 2 | | **Intellectual Property Agreement** | |
| A | 2 | | Failure to Deliver Materials | The Intellectual Property Agreement, delivery details section, indicates that CoreAVI will provide login credentials to a CoreAVI server or third party service. CoreAVI has not provided the required information. Despite this, ALT has provided physical servers, portable HDDs and FTP transmissions to fulfill its obligations. |
| A | 2 | a | Customer Releases | This request has been fulfilled. Refer to attached table for a summary of deliverables and dates sent. |
| A | 2 | b | Test Applications | This request has been fulfilled. Refer to attached table for a summary of deliverables and dates sent. |
| A | 2 | c | Khronos Conform (ports) | ALT is no longer a Khronos member and unable to send Conformance Tests to CoreAVI. |
| A | 2 | d | DO-178B Certification Docs | All DO-178B Certificiation documentation has been delivered. |

| Sec | # | Item | Title | Response |
|---|---|---|---|---|
| A | 2 | e | All other relevant documentation | All relevant documentation has been provided. |
| A | 2 | f | Updated deliverables of derived works | Derived works is not listed in the Intellecutal Property Agreement. |
| A | 2 | g | CSL Developer Guide | This will be included in next update. |
| A | 2 | h | Video Capture FPGA Design Description | This will be included in next update. |
| A | 2 | i | Video Capture Design API | This will be included in next update. |
| A | 3 | | **Software Licence Agreement** | |
| A | 3 | a | Licence to Cobham | ALT has raised this with Cobham and working to amend the contract appropriately. |
| A | 3 | b | Unauthorized Transfer of Software | ALT has not released unauthorized software. Please list specific instances of non-compliance. |
| A | 3 | c | Failure to Incorporate ID Code | Software includes Device ID lock, with the exception of Aitech, Expando and Lockheed Martin, who are CoreAVI customers with legacy devices. These situations have been escalated to Dan Joncas and awaiting action from him to address. |
| A | 3 | d | Failure to Restrict Compatibility | Refer to A.3.c. |
| A | 3 | e | Unauthorized Transfer of Source Code | ALT has not released unauthorized source code. Please list specific instances of non-compliance. |
| A | 3 | f | Failure to Transmit Updates | As per A.2, please supply the required information, such that updates may be transmitted. |
| A | 3 | g | Failure to Enter End-User Agreements | ALT has End-User agreements in place with all clients. Please list specific instances of non-compliance. |
| A | 3 | h | Failure to Obtain Approvals | ALT has obtained approval for all clients. Please list specific instances of non-compliance. |
| A | 3 | i | Disclsoure of Confidential Info | ALT has not disclosed confidential information. Please list specific instances of non-compliance. |
| A | 3 | j | Failure to Notify of Breach | As there is no breach, no notice is required. |
| A | 3 | k | Recovery of Compromised IP | To our knowledge, there is no compromised IP to recover. Please list specific instances of non-compliance. |
| A | 4 | | **Reseller Agreement** | |
| A | 4 | a | Failure to Provide Opportunity Forecasts | Opportunity forecasts have been provided, both verbally or in writing (13 Sept 2011, 4 Nov 2011, 16 Dec 2011, 27 Jan 2012) - either method is specified in the agreement. Please list specific instances of non-compliance. |
| A | 4 | b | Failure to Incorporate ID Code | Refer to A.3.c. |
| A | 4 | c | Failure to Restrict Compatibility | Refer to A.3.c. |
| A | 4 | d | Unauthorized Transfer of Source Code | Refer to A.3.e. |
| A | 4 | e | Failure to Register Customers | ALT has registered all customers. No specific processes were defined within the agreement. |
| A | 4 | f | Failure to Require Use of Specific HW | Refer to A.3.c. |
| A | 4 | g | Failure to Transmit Updates | Refer to A.3.f. |

| Sec | # | Item | Title | Response |
|---|---|---|---|---|
| A | 4 | h | Failure to Provide PO Info | ALT has provided all relevant information. Please list specific instances of non-compliance. |
| A | 4 | i | Failure to Pay Fees | All fees have been paid to CoreAVI, for which the customer has paid ALT, as per terms of the RA. |
| B | | | Demands During Breaches | These actions are in progress. |
| C | | | Copyright Infringement | There has been no infringement. |
| D | | | Notice of Audit | An audit is scheduled for June 26, 2012. |
| E | | | Demand Regarding UCC Statement | The UCC termination statement will be fled the conclusion of the negotiations. |
| F | | | Termination of Software Licence Agreement | ALT suggests that the Software License Agreement be extended to not only cover the Cobham contract, but also all other work that ALT has in progress. A specific list and estimated finish dates can be provided. This would be the best way to ensure a smooth transition for mutual customers. |
| G | | | Extension and Termination of Reseller Agreement | ALT agrees that the Reseller Agreement be extended to co-terminate with the SLA. |
| H | | | Customer Issues | ALT requests CoreAVI's input on an appropriate process. ALT suggests that it continue to support customers with active projects. |