IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CORE AVIONICS & INDUSTRIAL LLC.,

    Plaintiff,

v.

ALT SOFTWARE, INC.,

    Defendant.

CASE NO.: 8:12-cv-1932-JDW-TGW

_____/

### SECOND DECLARATION OF DAN JONCAS

1. My name is Dan Joncas. I am over the age of 18 years and am competent to testify in court. I have personal knowledge of the facts stated in this declaration. I am a resident of Ontario, Canada.

2. This declaration is a supplement to my prior declaration dated August 24, 2012. Any capitalized terms in this declaration are as referred to in my prior declaration.

3. Between August 28 and August 29, 2012, I had several telephone conversations with Andrew Scheurer of the Aircraft Systems Group of General Atomics Aeronautical ("General Atomics"), located in Poway, California.

4. Mr. Scheurer informed me that General Atomics has expressed interest in purchasing a license to the OpenGL drivers for the E4690 and purchasing software development and customization work for those drivers. Mr. Scheurer informed me that he was currently in discussions with ALT for such work.

5. Mr. Scheurer told me that General Atomics has had several meetings with Rob Atkinson of ALT and representatives of Lockheed Martin concerning the purchase of Lockheed

{25079381;1}

Martin hardware from ALT, the purchase of OpenGL drivers for the E4690 from ALT and the purchase of software development work to the drivers from ALT. This software development work included customizing the drivers and delivering a certification package that the drivers were certified to safety critical aviation standards to be used in a military contract.

6. Mr. Scheurer told me that he spoke with Robert Atkinson of ALT during the week of August 20 concerning this project and that he was to have another meeting with Mr. Atkinson concerning the project in the next few days.

7. Mr. Scheurer told me that General Atomics was very close to placing a large purchase order with ALT for the purchase of the hardware, and a large amount of software development work, including a significant amount of work for customization to the E4690 OpenGL driver software based on available funding to complete a demonstration system.

8. Mr. Scheurer told me he was led to believe that, although Core Avionics owned the intellectual property rights to the OpenGL drivers for the E4690, ALT was the party that did all of the software development and customization work.

9. Mr. Scheurer told me that he had not been informed by ALT that ALT's license agreement and reseller agreement with Core Avionics were no longer in effect.

10. Mr. Scheurer told me that because his company was risk averse, he was concerned his company might select an alternative graphics processor and related driver software for this project and may not decide to pursue business with either Core Avionics or ALT.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

Dated: August 31, 2012

_____
DAN JONCAS

{25079381;1}                                    2