**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CORE AVIONICS & INDUSTRIAL, LLC,

      Plaintiff,

                                     CASE NO.:

v.

                                     8:12-cv-01932-JDW-TGW

ALT SOFTWARE, INC.,

      Defendant.

_____/

### <u>DECLARATION OF MICHAEL LIN</u>

1.    My name is Michael Lin. I am over the age of 18 years and am competent to testify in court. I have personal knowledge of the facts stated in this declaration or I have knowledge based upon a review of the business records of ALT Software, Inc. I reside in Ontario, Canada.

2.    I am currently employed by ALT Software, Inc. ("ALT"). ALT is a Canadian company. Its employees perform all of their work in Canada with respect to writing source code. I have a Masters of Business Administration (MBA) from York University and a Bachelor of Applied Science from the University of Toronto. I have been certified by the Project Management Institute as a Project Management Professional. My responsibilities include managing a total portfolio of over five million dollars with oversight of Engineering and Quality Assurance. I have responsibility for the military and civilian aerospace, automotive and medical device sectors.

1



3.      For the past eighteen years, ALT has developed drivers for many different graphic processing unit (GPU) chips manufactured by AMD, Fujitsu, Imagination Technologies, 3D FX and others.

4.      It costs millions of dollars and thousands of hours to develop a driver for a new chip. To make this development process less costly for the customer, ALT uses its existing non-chip specific architecture code, Genesis, Apollo and Orion for the purpose of providing the driver code needed in all drivers.

5.      The source code for ALT's drivers are written to the "OpenGL" standard. "OpenGL" (Open Graphics Library) is a software development standard for writing software applications that produce two-dimensional and three-dimensional computer graphics. OpenGL is managed by the non-profit technology consortium Khronos Group. Anyone can freely download the specification and implement and ship products using the specification completely free of charge, royalty or licensing. http://www.khronos.org/legal/license/

6.      There are a number of different versions of the OpenGL standard, including OpenGL 1.3, OpenGL ES 2.0 (Embedded Systems) and OpenGL SC (Safety Critical). Over the years, ALT has developed its drivers to be compliant with the OpenGL standards. To develop a driver ALT starts with source code that is not specific to any GPU ("Non-Chip Specific" source code). "Chip-Specific code" means source code specifically directed at interfacing with a specific GPU chip, such as the E4690.

7.      Over the years, ALT has developed three generations of Non-Chip Specific source code for drivers to which is added Chip-Specific source code to develop a driver for a specific GPU. These three generations of driver source code are called Apollo, Genesis, and Orion. They are, essentially, a generic architectural platform upon which Chip-Specific code is

2

written and added so that the final program will run with a particular chip. ALT's Apollo, Genesis, and Orion code are the foundation of ALT's products.

8.    Until recently, CAVI never took the position that it was the owner of the Non-Chip Specific code, for the Genesis and Apollo drivers. CAVI has never tried to restrict ALT from using Apollo and Genesis drivers for non-E4690 GPUs. It has always been ALT's position that Apollo and Genesis architecture were not part of the intellectual property transferred to CAVI. For example, the Exclusion List on the e-mail attachment to **Exhibit A** hereto, advised CAVI that "Non-E4690 code is not part of the contract with CoreAVI."

9.    Beginning around 2000, and based upon the Genesis architecture written to the OpenGL 1.3 standard, ALT added Chip-Specific code to create, among others, **OpenGL 1.3 Drivers for the M9, M54, Carmine,** and **CoralP** chips.

10.    Between 2004-2009, ALT developed the Orion drivers. Orion OpenGL SC 1.0 was designed from the ground up to be safety critical and DO – 178B certifiable. The Genesis drivers were not suitable to be certifiable as "safety critical." DO – 178B, a standard entitled "Software Considerations in Airborne Systems and Equipment Certification," addresses safety issues relating to how software used in airborne systems is developed and tested. The Federal Aviation Administration uses DO – 178B for guidance in determining whether software will perform reliably in aircraft. Using this Orion safety critical architecture, which is also Non-Chip Specific, ALT created **OpenGL SC Drivers for the M9 and M54** chips.

11.    Starting in 2007, development of the Apollo Non-Chip Specific drivers began. Apollo evolved from Orion. The lower level modules were rearchitected. The Apollo Non-Chip Specific driver code was used to develop **OpenGL ES 2.0 Drivers for the Ruby and M9** chips. The Apollo driver architecture, the Non-Chip Specific code, was then used to develop three

3

drivers for AMD's E4690 GPU: (1) OpenGL SC Driver for the E4690; (2) OpenGL 1.3 Driver for the E4690; and (3) OpenGL ES 2.0 Driver for the E4690. The source code for these E4690 Drivers contains information about the E4690 chip provided by AMD, the maker of the E4690 chip. ALT and AMD have directly entered into trade-secret agreements protecting information provided by AMD relating to chips made by AMD including the M9, M54 and E4690 chips. Attached hereto as **Exhibit B** is a list of ALT's Apollo and Genesis drivers.

12.    Using the Genesis architecture, ALT developed a Genesis version of the OpenGL 1.3 Driver for the E4690 in December, 2008. Early prototyping was originally done on Genesis to get the driver demonstrable quickly. The first customers, SAAB SC Honeywell received evaluation releases in 2009. In 2011, before the Asset Purchase Agreement ("APA") with Core Avionics & Industrial, LLC ("CAVI") was signed, they upgraded to the Apollo version once it was fully featured. Both received the OpenGL SC version of the driver. Honeywell subsequently funded non-recurring engineering to develop the OpenGL ES 2.0 (Apollo based) version of the driver. It was the launch customer for that version in April, 2010. In May, 2011, Aitech was the second customer for the Apollo OpenGL ES 2.0 for the E4690.

13.    ALT entered into a contract with Honeywell for the development of E4690 Drivers in 2009. Pursuant to that contract, deliveries of source code including non-chip specific Apollo code and chip specific E4690 code were made on May 7, 2010, and September 30, 2010. Honeywell has the source code for the E4690 Drivers and has had it since before the Asset Purchase Agreement. The attached **Exhibit C** shows ALT's first ship dates for the Apollo and Genesis versions of the E4690 code and the dates that Honeywell was first provided source code for the E4690 drivers.

4

14.   Under contract with CARERI, entered into in December 2009, ALT has provided source code for the Genesis version of the E4690 source code. The first releases of source code and binary code to CARERI occurred on April 10, 2012, and additional releases of source code and binary code were made during the term of the License Agreement with CAVI's knowledge and consent.

15.   The OpenGL SC, OpenGL 1.3, and OpenGL ES 2.0 Genesis, Orion, and Apollo Drivers are Non-Chip Specific. As discussed above, this Non-Chip Specific source code has been used as the architecture for many drivers. Thus, the (1) OpenGL SC driver for the E4690, (2) OpenGL 1.3 driver for the E4690; (3) OpenGL ES 2.0 driver for the E4690 are drivers which consist of (a) Non-Chip Specific code (Apollo and Genesis), and (b) Chip-Specific code, specific to the E4690 GPU chip (the "E4690 Drivers") and (c) a non-proprietary parser tool.

16.   At the time of the APA, Mr. Dan Joncas knew that the Apollo and Genesis architecture was used in many of ALT's other driver products.

17.   In October 2011, ALT began development of OpenGL driver software for the Intel-based graphics processor, the HD 3000. Mr. Greg Szober was the person primarily responsible for this development work and he used the Apollo driver non-chip specific source code as the architectural platform upon which to add HD 3000 chip specific code. Although apparently he took those thousands of lines of source code from the Apollo OpenGL SC driver for the E4690, he could have used the non-chip specific source code from the Apollo versions of the drivers for the AMD M-9 or Fujistu Ruby chip.

18.   Forty-five percent (45%) of the source code of the E4690 driver is Non-Chip Specific source code, the remaining fifty-five (55%) is source code specific to the E4690 GPU chip.

5

19.    The only driver products that compete with the E4690 Drivers developed by ALT are the drivers that the chip manufacturer, AMD, provides for the Windows and Linux operating systems.

20.    Each driver software customer of ALT has to be customized for the customer's specific hardware platform.

21.    Every driver has to be customized for a specific real time operating system and hardware that a customer is using. The driver source code must contain (1) general driver code which is non-chip specific; (2) code specific to a particular chip, such as the E4690; (3) operating system code, for example code that interacts with Windows or whatever operating system is designated; and (4) hardware specific code, that works with a specific SBC (single board computer) and graphics board. While many graphics boards may use the same E4690 chip, they can have different features like speed, types of monitors supported and video capture. These features need specific code to make them work.

22.    Source code for a particular task is organized into modules. The modules are then combined to write a complete program to perform a function, such as a driver to interface between a software application and a hardware device. Attached hereto as **Exhibit D** is a list of the Non-Chip Specific modules that are included in the Apollo and Genesis drivers.

23.    In the Apollo version of the E4690 Drivers, the Chip-Specific modules that were written for the E4690 chip and the source code contained within them are the (1) Sysinit, (2) Card Specific Library; (3) Render; (4) Display, and (5) Card Data modules ("the E4690 Modules").

24.    ALT's Apollo and Genesis source code are core assets of ALT's business. ALT's other driver products that utilize Genesis and Apollo architecture were not sold to CAVI.

25.   The Non-Chip Specific modules (**Ex. D** hereto), are the modules that comprise the Apollo architecture used in ALT's other driver products for other graphic processing unit chips.

26.   Shortly after the Agreements were signed, ALT began providing CAVI with its formal customer releases and keeping CAVI informed of its progress. ALT made releases to CAVI in July 2011 and on October 21, 2011, January 27, 2012, January 31, 2012, February 8, 2012, August 2, 2012, and September 26, 2012. These releases to CAVI included all of ALT's customer release packages formally released to ALT's customers to date. It is important to point out, however, that these releases do not include some of ALT's informal minor and immaterial "development" releases that were e-mailed to customers outside of ALT's standard release process, as they were sent to address isolated events and address specific "bugs." Although all of ALT's developer releases may not have been provided to CAVI, because to do so would require reviewing thousands of e-mails and the isolated releases themselves which are immaterial to the overall project, whatever changes ALT made as a result of the development release were then incorporated into the next formal release to the customer, which CAVI has received. Because all the formal releases have been provided to CAVI, CAVI has received the substance of all of ALT's "informal" development releases. ALT told CAVI about this situation some time ago.

27.   CAVI, through Mr. Dan Joncas, and later Mr. Steve Viggers, were involved in ALT's performance under the Agreements, as well as ALT's performance of its pre-Agreement contracts, such as those with Cobham, Lockheed, CARERI, and Aitech.

28.   When CAVI wanted it, it received and reviewed copies of agreements with certain customers. **Exhibit E** hereto is an example of Mr. Joncas having access to a license agreement ALT had with Lockheed Martin.

29.    In late-2011, ALT and Cobham entered a deal where ALT would sell customized E4690 Drivers to Cobham that were DO-178B certifiable as "safety-critical" for use in aircraft. CAVI knew of ALT's deal with Cobham, and CAVI agreed to sell to ALT drivers that could be certified as "safety critical," which ALT would then customize for, and sell to, Cobham. CAVI understood Cobham's deadline, and that, as a result, CAVI had to complete its certification work in time for ALT to do its part. CAVI failed to provide its deliverable to ALT, and now refuses to perform under that agreement. CAVI relies on immaterial alleged breaches by ALT as a pretext for not performing. I consider the issues raised by CAVI to be immaterial, because at that time, ALT had substantially performed its Agreements and had cooperated with CAVI. Since CAVI notified ALT of any issue, ALT has worked to try to address CAVI's concern.

30.    CAVI was also extensively involved in ALT's deal with Cobham from early on. For instance, I attended an important in-person meeting occurred with ALT's and CAVI's management, including Messrs. Joncas and Viggers, on November 17, 2011, where the Cobham transaction was discussed extensively, in particular how CAVI would complete certification work for the E4690 Drivers. Because, at that time, CAVI did not have the human resources to complete the certification work on its own, CAVI considered outsourcing its obligations to another company. When it became apparent that CAVI could not use that other company, CAVI requested ALT to quote a contract for ALT to perform the entire certification work—which prospective deal became known as project "Argus."

31.    It was apparent after CAVI took ALT's key programmers on March 2, 2012, that CAVI would not enter into a contract with ALT to perform the certification work. At no time during that time period did CAVI ever raise concerns about the terms of the Cobham license agreement, despite having had it since December 6, 2011, as shown by the attached **Exhibit F**.

8

The first time CAVI raised issue with the Cobham license agreement was on May 17, 2012, only after it had taken ALT's key programmers in March 2012, after it declined to let ALT perform certification work around March 2012, and after ALT had filed the Canada suit on May 9, 2012. ALT has nothing more to release to Cobham because CAVI refuses to perform its part of that deal, which has put ALT in breach with respect to its obligations to Cobham.

32.    CAVI knew of ALT's deal with Cobham, and CAVI agreed to sell drivers that could be certified as "safety critical" E4690 Drivers to ALT, which ALT would then customize for, and sell to, Cobham. CAVI understood Cobham's deadline, and that, as a result, CAVI had to complete its certification work in time for ALT to do its part. CAVI failed to provide its deliverable to ALT, and now refuses to perform under that agreement.

33.    In reliance upon CAVI's representations that it would contract with ALT to do all of the certification work, ALT spent more than 2,000 man-hours for which it has not been compensated. My understanding is that ALT has asked CAVI to pay for this work, but that CAVI has refused. As a result, ALT has not released to CAVI all of the work it performed involving the "Argus" project.

34.    In November 2011, ALT's former V.P. of Operations, Mr. Steve Viggers, resigned to go to CAVI. In March 2012, ALT's Director of Engineering, John McCormick, also resigned to go CAVI, along with many of ALT's "Principal Developers" and "Senior Developers." Those people included Aidan Fabius, Greg Zsober, Ken Wenger, and Jennifer Johnston. In April 2012, ALT laid off two other developers who went to CAVI. In February 2012, ALT laid off two contract developers, Mihal Miu and Evgeni Olkhovski, as a direct result of the Cohbam certification deal not being completed. CAVI subsequently hired those people.

9

35.     Once CAVI got those people, it no longer needed ALT, and ALT's relationship with CAVI soured.

36.     After leaving ALT and joining CAVI, Mr. Joncas remained involved with ALT's selling and developing the E4690 Drivers. He remained involved and knowledgeable of ALT's performance of agreements with ALT's customers, including Lockheed, CARERI, and Aitech. He attended numerous status calls and he approved project issues as they related to CAVI or the Agreements, including whether particular releases should be "locked" to work with only a CAVI chip.

37.     After CAVI hired away ALT's programmers, CAVI declined to renew the Reseller Agreement and notified ALT that the License Agreement would terminate in 60 days. My understanding is that CAVI has taken the position that ALT cannot perform its existing contracts, unless the work involves only software "maintenance."

38.     At this time, in addition to its contract with Cobham, ALT has three other contracts, which are with Lockheed, CARERI, and Aitech, that it needs to perform or it will be in breach of those contracts. Except for Cobham, those other three contracts are each more than 80% complete.

39.     ALT entered into a contract in on June 23, 2011, with Lockheed to customize the E4690 Driver for certain hardware. *The Lockheed agreement involves only the release of binary code.* CAVI has known about this agreement since inception of the contract. While at ALT, and since joining CAVI, Mr. Joncas has been directly involved with Lockheed. (See **Ex. E** hereto.) ALT's formal releases to Lockheed have been provided to CAVI. ALT's work for that agreement is about 90% complete, with only 150 hours of work remaining. If ALT stops work

for Lockheed, ALT will be in default of its contract, which may cause Lockheed to default on its contract with its customer.

40.    ALT entered in a contract with Aitech in September 2010, before the APA, to supply and customize the E4690 Drivers for certain hardware. *The Aitech agreement involves only the release of binary code.* CAVI has known about the agreement from the beginning. ALT's first release to Aitech occurred on April 8, 2011, and was provided to CAVI in July 2011. ALT's last formal release to Aitech occurred on May 26, 2012, and it was provided to CAVI on August 2, 2012. The Statement of Work and all of ALT's formal releases have been provided to CAVI. Only two more formal releases to AITECH are planned, and the project is 93% complete, with only about 92 hours of work remaining. If ALT stops work, ALT will default on its contract, and this may cause Aitech to default on its contracts with its customers.

41.    ALT entered into a contract with Chinese Aeronautical Radio Electronics Research Institute ("CARERI") in December 2009. CAVI has long known about and consented to ALT's obligations. *The CARERI agreement involves the release of Genesis architecture E4690 source code*, and only two more formal releases are planned. The agreement is about 80% complete, with 500 hours remaining. If ALT stops work, CARERI may default with its customer.

42.    ALT's obligations to Cobham remain, but, at the moment, ALT cannot go any further without receiving CAVI's deliverables, which CAVI refuses to provide.

43.    CAVI claims that ALT has not provided it with certain customer releases. ALT has already provided CAVI with all of ALT's formal customer releases.

44.    Furthermore, since the Reseller Agreement terminated on June 21, 2012, ALT has not sought or obtained any new contracts relating to the E4690 GPU.

45.   CAVI says it is missing certain ENSCO iData releases.. ALT has provided CAVI with the software it released to ENSCO iData in July 2012, and again in September 2012. CAVI thinks it is missing a release to ENSCO iData that occurred in October 2011, that CAVI identifies as "Build 99." That build was for one of ALT's other products, an M9 driver. CAVI is not entitled to that release.

46.   CAVI complains it has not received several binary code releases. ALT has provided CAVI with all of its formal binary code release packages for the E4690 Drivers it has released to its customers.

47.   CAVI says it has not received two releases of the binary code for the Apollo version of the OpenGL SC Driver, releases 1 and "Cobham – Milestone 1" sent to Cobham in September and December 2011. ALT provided these releases to CAVI, which constitute ALT's entire build package for Cobham. ALT has nothing more to release to Cobham because CAVI refuses to perform its part of that deal.

48.   CAVI says it is missing a release of the binary code for the Apollo version of the OpenGL 1.3, developer release to VME – COTS Tech on Feb. 23, 2011, and a release of the binary code and the corresponding source code for the Genesis version of the OpenGL 1.3 developer release to Coordinate/CARERI on February 15, 2012. ALT has provided CAVI with these releases.

49.   CAVI states that it is missing the password for releases 84 and 85 to Lockheed. When CAVI notified ALT of the password locks, ALT removed the password protection and resent the releases to CAVI within two days.

50.   My understanding is that CAVI states that ALT has not delivered "documentation" for many of its customer releases, but ALT has already given CAVI the

12

existing documentation for the E4690 Driver releases. A misunderstanding may exist because not all of ALT's releases include "documentation," as some are merely "beta" or "developer" releases.

51.    CAVI has asked about ALT's ongoing obligations. ALT has disclosed to CAVI its customer contracts regarding the E4690 Drivers.

52.    CAVI takes issue with ALT's release of source code to CARERI. ALT entered into an agreement to disclose the E4690 Driver source code built on the Genesis architecture, to CARERI on December 23, 2009, more than a year before the CAVI/ALT Agreements were signed. I believe that CAVI knew about that contract through Mr. Joncas, who knew about the agreement and was extensively involved with ALT's relationship with CARERI both before and after he left ALT. Despite his knowledge and involvement, I am not aware of him objecting to ALT's performance of that agreement, including the delivery of source code, before the parties' relationship deteriorated.

53.    CAVI objects that ALT entered into a license agreement to permit Cobham to use the source code to certify the software. CAVI knew about the Cobham license agreement since at least December 6, 2011 (see **Ex. F**), and still went ahead with ALT on the Cobham deal.

54.    CAVI demands that ALT stop selling E4690 Drivers. My understanding is that ALT is not seeking any new sales agreements involving the E4690 GPU.

55.    CAVI alleges that ALT has violated the its restrictive by releasing driver software to ENSCO iData after the termination of the Agreements. ALT's obligations to ENSCO arose pre-termination, and ALT has merely honored its pre-termination obligations, obligations which CAVI has long known about, and obligations to which CAVI consented before their relationship soured.

13

56.     CAVI states that ALT has requested authorization to continue to do software engineering and customization development for Lockheed for E4690 Drivers. ALT did reach out to CAVI seeking agreement with CAVI that ALT may perform its pre-termination obligations, but CAVI has withheld its consent.

57.     CAVI takes issue that ALT advertises that it is selling development services for the AMD Radeon "family of GPUs." AMD sells GPUs other than the E4690 GPU, including the Radeon 9200, M9 and M54. ALT has developed drivers for those GPUs before it developed the E4690 Drivers.

58.     Any breach by ALT of its pre-termination obligations could result in enormous liability to ALT and its customers. On the other hand, CAVI has known about and consented to ALT's performance of those obligations since the day Mr. Joncas arrived, before the Agreements were signed.

59.     If ALT must stop using its Apollo and Genesis architecture, ALT would essentially have to stop working with ALT's other drivers that also use those platforms. Those products include Apollo OpenGL ES 2.0 G2 Plus (M9), Apollo Open GL ES 2.0 Ruby; Genesis OpenGL 1.3 M9; Genesis OpenGL 1.3 Carmine; Genesis OpenGL 1.3 CoralP; Genesis OpenGL 1.3 Datascope R500 (M9); Genesis OpenGL 1.3 G2; Genesis OpenGL 1.3 G2 Plus (M9); Genesis OpenGL 1.3 M9; Genesis OpenGL 1.3 Radeon 9200 PCI; and Genesis OpenGL 1.3 XMC-M54.

60.     Stopping work would have serious consequences to ALT's existing revenue streams. It would also cause ALT to forfeit, without compensation, work ALT has already performed on new products based on Apollo and Genesis. It would leave customers without the

option of maintaining or upgrading their existing drivers.  ALT would have to create an entirely new core-asset upon which to develop drivers, which could cost several million dollars.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 27, 2012

MICHAEL LIN

15

# EXHIBIT A

| | |
|---|---|
| **From:** | Michael Lin |
| **Sent:** | Wednesday, April 18, 2012 2:49 PM |
| **To:** | Dan Jocas (dan.joncas@ch1group.com) |
| **Cc:** | Rob Atkinson |
| **Subject:** | Argus Deliverables |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Attachments:** | Repository Inventory 120215.docx |

Hi Dan,

These are the remaining undelivered items that CoreAVI will require to assume the Cobham certification work

- LLRs, extracted from Argus code base
- Argus source code – tagged and format compliant for certification
- Apollo non-cert driver on Cobham development hardware

As discussed, delivery of these will require a business agreement between ALT and CoreAVI.

I have attached a list of previously delivered items, traced to the IP sale agreement.

Please let me know if you need anything else to plan the schedule.

Michael Lin  MBA, PMP | Director, Operations | **ALT Software Inc.**
+1 416-203-8508 x1417 | mlin@altsoftware.com | www.altsoftware.com



EXHIBIT

A

## Apollo Repository Drop – Inventory List

Date: 15 Feb 2012

## Requested Item list

| # | Requested Item | Comments | Status |
|---|----------------|----------|--------|
| 1 | Full source code repository (with revision history) Server version | Proprietary content stripped out, as per exclusion list. | Sent 1/31 |
| 2 | Full source code repository (with revision history) CVS check-out version | Proprietary content stripped out, as per exclusion table. | In 2/1 release |
| 3 | Latest Builds / Releases | Customer CSL source excluded. | Sent 1/31 |
| 4 | Historical Builds / Releases | Customer CSL source excluded. | In 2/1 release |
| 5 | Video capture for E4690 (template and implementation on ATI reference / desktop boards) | Template included; CSL for AMD reference board and Wolf E4690 video capture card included. | Sent 1/31 |
| 6 | All Functional / Design Specs | Functional specs, video specs and presentations included (pdf, doc, ppt) | Sent 1/31 Sent 2/10 |
| 7 | Test Suites / Plans (including Bench2, Conform, GLPerf, RAA, etc) | All except of Conform, as per exclusion list | Sent 1/31 |
| 8 | Known issues | Includes both open and closed issues. XLS and report formats. | Sent 2/14 (.xml) |
| 9 | List of tools we use (compilers, revision control, etc) | Included in QA setup guide. | Sent 1/31 |
| 10 | Development environment set-up instructions | Included in QA setup guide. | Sent 1/31 |
| 11 | Genesis E4690 source code | GSK only, to isolate E4690 code. | Sent 2/7 |
| 12 | WR Hypervisor support | Included in #1, 2. | Sent 1/31 |
| 13 | GHS Multicore support | Available in Integrity OS. No specific support in Apollo. | N/A |
| 14 | Apollo Software Renderer source code (aka CoreGL) | Server and CVS checked-out versions. | Sent 2/9 |
| 15 | Release Automation Scripts | | Sent 2/15 |
| 16 | Sales Demos | Source and binaries for supported platforms. | Sent 2/15 |
| 17 | ALT E4690 FPGA | Developed by Charles Elliot. | Awaiting approval |

## Business Agreement Trace

| Agreement Item | Fulfilled by requested item # | Comments |
|----------------|-------------------------------|----------|
| | | |

| 1.a.i | 6 | |
| 1.a.ii | | Not yet available. Argus project in progress. |
| 1.a.iii | 9 | |
| 1.a.iv | 9 | |
| 1.a.v | 3, 4 | |
| 1.a.vi | 5, 6, 8 | |
| 1.b.i | 1, 2 | |
| 1.b.ii | 1, 2, 5 | |
| 1.b.iii | 7 | |
| 1.c.i | 3, 4 | |
| 2.a.i | 6 | |
| 2.a.ii | 9 | |
| 2.a.iii | 9 | |
| 2.a.iv | 3, 4 | |
| 2.a.v | 5, 6, 8 | |
| 2.b.i | 1, 2, 11 | |
| 2.b.ii | 1, 2, 5, 11 | |
| 2.b.iii | 7 | |
| 2.c.i | 3, 4 | |
| 3.a.i | 6 | |
| 3.a.ii | 9 | |
| 3.a.iii | 9 | |
| 3.a.iv | 3, 4 | |
| 3.a.v | 5, 6, 8 | |
| 3.b.i | 1, 2 | |
| 3.b.ii | 1, 2, 5 | |
| 3.b.iii | 7 | |
| 3.c.i | 3, 4 | |
| 4.a | 1, 2 | |



CAVI-ALT_ASSET_LI
ST_FINAL.PDF

## Exclusion List

| Removed item/category | Reasoning |
|---|---|
| Conformance test suite | Khronos license stipulates that to distribute, both parties must be partners with Khronos.  As CoreAVI is not currently a partner, ALT cannot distribute the conformance test suite. |
| Client owned code | Client source code within Apollo is their property and cannot be released to a 3rd party. |
| Non-E4690 code | Non-E4690 code is not part of the contract with CoreAVI. |



| Card Specific Libraries | Agreements with clients on their proprietary source code is between ALT and the client only. |
| Verification applications not created for E4690 | These applications are pre-existing ALT IP and were not created for E4690. |
| Kernels | Licenses for the Operating Systems are not controlled by ALT and therefore distributing a file that allows access to the OS is not permitted. |
| Client provided test applications | Some test applications are owned by clients and are therefore not the property of ALT Software and cannot be distributed. |

# EXHIBIT B

EXHIBIT **B**

## List Of ALT Drivers And The Various GPU's Supported

| OpenGL Drivers | GPU |
| --- | --- |
| Genesis 1.3 | M9 |
| Genesis 1.3 | Carmine |
| Genesis 1.3 | CoralP |
| Genesis 1.3 | Datascope R500 ( M9 ) |
| Genesis 1.3 | G2    ( M9 ) |
| Genesis 1.3 | G2 Plus    ( M9 ) |
| Genesis 1.3 | Radeon 9200 PCI |
| Genesis 1.3 | XMC-M54 |
| Apollo ES2.0 | G2 Plus    ( M9 ) |
| Apollo ES2.0 | Ruby |



# EXHIBIT C

EXHIBIT 

## SOURCE CODE FIRST SHIP DATES

| Genesis source code releases | Dates source was shipped |
|---|---|
| Build127 (Radeon Integrity 5.0.7 – C2K – SBS G2) | Aug 30 2007 |
| Build197 (Radeon VxWorks5.5 x86 -- IntelP4 – M9) | Nov 5 2009 |
| Build199 (Radeon VxWorks5.5 – VG5 – M9) | July 7 2009 |

| Apollo source code releases | First source shipment date |
|---|---|
| Apollo E4690 – Honeywell | Apollo Build06 (WindowsXP – Intel P4 – e4690) Contained a few test application source files. May 7 2010 <br><br> Apollo Build08 (VxWorks6.7 – HPCN8641D – e4690) Contained driver source for this configuration Sept 30 2010 |
| Apollo Ruby – Fujitsu | Build01 (Ruby simulator) Contained driver source for this configuration Sept 18 2008 <br><br> Build02.5 (Ruby on Windows) Contained driver source for this configuration Apr 16 2009 |

EXHIBIT
C
tabbies

# EXHIBIT D

EXHIBIT ___**D**___

**Apollo**

**External Headers**
These are a listing of all of the supported data structures, constants and functions that are available to an external application.

**Dispatch Module**
The Dispatch Module receives calls from the external application and routes them to the appropriate handlers within the driver to be serviced.

**SysInit**
The SysInit Module is responsible for initializing the internal data structures within the driver and setting up the PCI bus to access the video card.

**BIT**
The Built In Test (BIT) Module is responsible for performing diagnostics to verify that the driver is functioning properly.

**OS Helper**
The Operating System (OS) Helper Module provides convenience functions to access the underlying operating system via system-independent calls to the driver.

**Util**
The Util Module provides implementations of common functions required by the driver such as mathematical operations.

**ALT Error**
The ALT Error Module logs and reports errors generated during driver operation.

**ALT GL**
The ALT GL Module manages the high level OpenGL state and calls the appropriate low-level driver functions to service calls from the Dispatch Module.

**ALT EGL**
The ALT EGL Module manages the high level EGL state and calls the appropriate low-level driver functions to service calls from the Dispatch Module.

**Memory Management**
The Memory Management Module is used to allocate and free memory from the driver's memory heap and to manage video memory on the graphics card.

**Card Specific Library**
The Card Specific Library (CSL) is used to control card-specific functionality such as special timing parameters or video capture.

EXHIBIT

___**D**___

**CSL Helper**
The CSL Helper module provides convenience functions to access card-specific functionality such as setting up video capture parameters.

**Render**
The Render Module is a GPU-specific module that is responsible for preparing render data to be sent through the graphics pipeline on the video card.

**Display**
The Display Module handles communication between the driver and the display controller.

**Card Data**
The Card Data Module handles communication between the driver and the GPU.

**OS Module**
The Operating System (OS) Module is used to abstract and provide access to functionality on a target operating system.

# EXHIBIT E

**From:** Ashley Ferris
**Sent:** Tuesday, July 26, 2011 9:00 AM
**To:** Dan Joncas
**Cc:** Darryl Parisien; Rob Atkinson
**Subject:** RE: Lockheed SLA

Hi Dan,
I cannot find anything dated more current than what you have attached.

**From:** Dan Joncas [mailto:Dan.Joncas@ch1group.com]
**Sent:** July-25-11 7:35 PM
**To:** Ashley Ferris
**Cc:** Darryl Parisien; Rob Atkinson
**Subject:** Lockheed SLA

Hi Ashley – can you check if there is a software license agreement in place with Lockheed for E4690 beyond what is attached?

Looking through my files and emails I cannot find a fully executed license agreement with Lockheed other than the attached evaluation agreement.


Regards,
Dan Joncas
Core Avionics & Industrial
A Channel One Company
647.300.5791 (mobile)
416.628.1952 (office)
www.ch1group.com

1


EXHIBIT
E

# EXHIBIT F

**REDACTED**

**From:** Deepika Malhotra
**Sent:** December-06-11 12:23 PM
**To:** Dan Joncas
**Cc:** Steve Viggers; Michael Lin
**Subject:** FW: Docs Referenced on Cobham P.O.# 45061

FYI

**From:** Velde, Scott [mailto:scott.velde@cobham.com]
**Sent:** November-18-11 3:25 PM
**To:** Deepika Malhotra
**Cc:** Alan Pickrell (alan.pickrell@cobham.com)
**Subject:** Docs Referenced on Cobham P.O.# 45061

Hi Deepika

Attached are all the documents referenced on the subject p.o.

**Scott Velde**
Subcontracts Manager
Cobham Aerospace Communications, Prescott
T: (928)708-1570
F: (928)741-7627
scott.velde@cobham.com

Chelton Avionics dba Wulfsberg has begun its transition to Cobham Avionics however, at this time,
all business transactions continue to remain with Wulfsberg Electronics.



Chelton Avionics dba Wulfsberg Electronics doing business as Cobham Avionics
Registered office: 6400 Wilkinson Drive, Prescott, AZ 86301 USA

**Please consider the environment before printing this email.**

THIS EMAIL AND ANY ATTACHED FILES ARE CONFIDENTIAL AND MAY BE LEGALLY PRIVILEGED.

This e-mail and any files transmitted with it ("E-mail") is intended solely for the addressee(s) and
may contain confidential and/or legally privileged information. If you are not the addressee(s), any
disclosure, reproduction, copying, distribution or other use of the E-mail is prohibited. If you have
received this E-mail in error, please delete it and notify the sender immediately via our switchboard
or return e-mail.

Neither the company nor any subsidiary or affiliate or associated company nor any individuall
sending this E-mail accepts any liability in respect of the content (including errors and omissions)
nor shall this e-mail be deemed to enter the company or any subsidiary or affiliate or associated
company into a contract or to create any legally binding obligations unless expressly agreed to in
writing under separate cover and timeliness of the E-mail which arise as a result of transmission.
If verification is required, please request a hard copy version from the sender.

[Cobham Avionics, Inc.; Prescott, Arizona  USA]



ALT Software Inc.

### ALT E4690 GBK -178B Software
### License Agreement

This Software License Agreement is made as of the October 25, 2011 ("**Effective Date**") between ALT Software Inc., a company duly incorporated under the laws of the Province of Ontario, Canada, having its principal place of business at 2nd Floor 59 Adelaide Street East, Toronto, Ontario, CANADA . M5C .1K6 (hereinafter referred to as "ALT") and Chelton Avionics, Inc., doing business as Cobham Aerospace Communications, a company duly incorporated under the laws of the State of Delaware, USA·, having its principal place of business at 6400 Wilkinson Dr., Prescott, Arizona 86301 (hereinafter referred to as "**Licensee**"). This Software License Agreement is part of and subject to the terms of the Purchase Framework Agreement as agreed between ALT and Licensee.

<br/>

### REST OF
### DOCUMENT
### REDACTED