# EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CORE AVIONICS & INDUSTRIAL, LLC,

    Plaintiff,

v.

ALT SOFTWARE, INC.,

    Defendant.

CASE NO.:

8:12-cv-01932-JDW-TGW

_____/

## DECLARATION OF GARETH EVANS

1. My name is Gareth Evans. I am over the age of 18 years and am competent to testify in court. I have personal knowledge of the facts stated in this declaration or I have knowledge based upon a review of the business records of ALT Software, Inc. ("ALT"). I live in Ontario, Canada.

2. I serve as ALT's Chief Operating Officer.

3. In that role, I am responsible for the management of ALT's day-to-day business operations, including, among other things, ALT's finances, product development, IT operations, and human resources.

4. Also in that role, and through an investigation of ALT's files and documents relating to Core Avionics & Industrial LLC ("CAVI") and ALT's former Vice President of Sales, Mr. Daniel Joncas, (which investigation included Mr. Joncas's e-mails remaining on ALT's computer system), I am personally familiar with the documents referenced throughout the following paragraphs and attached as exhibits hereto.

4


EXHIBIT 11

5. I am aware of the asset purchase transaction ALT consummated with CAVI on or about June 21, 2011, and I am familiar with the agreements (the "Agreements") both ALT and CAVI signed at that time.

6. On June 18, 2011, Mr. Joncas resigned from ALT and became a Vice President of CAVI.

7. By June 20, 2011, a day before the Agreements were signed, Mr. Joncas already had a CAVI e-mail address. A copy of Mr. Joncas's June 20, 2011 e-mail from CAVI's president, Mr. Lee Melatti, is attached as Exhibit A.

8. By June 28, 2011, Mr. Joncas was actively promoting CAVI's business. A copy of Mr. Joncas's June 28, 2011 e-mail is attached as Exhibit B.

9. My understanding is that Mr. Joncas had been with ALT for 12 years, and was intimately familiar with ALT's business operations and customer relations. He had personally negotiated most, if not all, of ALT's sales contracts and license agreements.

10. My understanding is that, despite resigning, Mr. Joncas retained ALT's laptop computer and continued to use ALT's e-mail systems.

11. Through Mr. Joncas, CAVI had immediate access to ALT's institutional history, trade secrets, proprietary and other confidential information relating to all aspects of ALT's business, including ALT's contracts with its customers. Attached as Exhibit C is an email showing Mr. Joncas's access, after his resignation, to ALT's license agreement with Lockheed Martin Corp ("Lockheed").

12. As another example, on July 6, 2011, Mr. Joncas forwarded, from his ALT e-mail account, to Mr. Melatti at CAVI, a request for quote and statement of work for software modification work sent to ALT from Aitech Defense Systems, Inc. ("Aitech"). A copy of Mr.

4

Joncas's e-mail to Mr. Melatti is attached as Exhibit D.

13. Before returning ALT's computer, Mr. Joncas "scrubbed" it by deleting everything on it, including its operating system.

14. After Mr. Joncas resigned, he e-mailed a file containing all of ALT's business and sales contacts to his CAVI e-mail address. This file was not unique to Mr. Joncas.

15. If ALT had intended to sell Apollo and Genesis to CAVI, the price would have been much more. According to the June 9, 2011 minutes of ALT's board of directors, ALT thought it was selling only one of its older drivers. A copy of ALT's board minutes is attached as Exhibit E.

16. Today, ALT's earnings before interest, taxes, depreciation, and amortization ("EBITDA") is approximately $1,038,395. My understanding is that businesses of like size in ALT's industry generally sell for between 4 and 6 times EBITDA in an arm's length transaction, which in ALT's case would produce a value in the range of $4,153,580 and $6,230,370.

17. My understanding is that ALT's liability, if it were forced to breach its agreement with Lockheed, could be as much as $16,000 in lost payments to ALT, plus an enormous amount in unknown damages, as a significant U.S. government defense contract would be at risk.

18. Further, my understanding is that ALT's liability, if it were forced to breach its agreement with Aitech, could be as much as $20,000 in lost payments to ALT, and an enormous amount in unknown damages, as another significant U.S. government defense contract would be at risk.

19. My understanding is also that ALT's liability, if it were forced to breach its agreement with the Chinese Aeronautical Radio Electronics Research Institute ("CARERI"), could be as much as $141,141 in lost payments to ALT, and still another enormous amount in

4

unknown damages, as contracts with civil aerospace and government defense customers would be at risk.

20. The amounts of money at issue would be enough to effectively drive ALT out of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 26, 2012

GARETH EVANS

4

# EXHIBIT A

Dan,
For your use. Until your outlook gets set up, log on via the web at https://apps.rackspace.com/
I will send a test message in a minute, please reply to ensure it is up and running.
Cheers.

Lee Melatti

Channel One International
www.ch1group.com
Office 813.388.4146
Mobile 813.505.0156

-----Original Message-----
From: damian.fozard@ch1group.com [mailto:damian.fozard@ch1group.com]
Sent: Monday, June 20, 2011 9:19 PM
To: Lee Melatti
Subject: Dan Joncas Email Account

Lee,

I have set Dan's email up as

Username: Dan.Joncas@ch1group.com
Password: maple11
imap, smtp : secure.emailsrvr.com

He can also be reached by

Dan@coreavi.com
Dan@ch1group.com

I have also set alias for

lee@coreavi.com
damian@coreavi.com
larry@coreavi.com
mike@coreavi.com

Regards
Damian


Regards,
Dan Joncas
+1 647 300 5791



# EXHIBIT B

**REDACTED**

-----Original Message-----
From: Dan Joncas [mailto:djoncas@altsoftware.com]
Sent: Tuesday, June 28, 2011 11:50 PM
To:
Cc:                    **REDACTED**
Subject:

Hi        ,

I have recently joined Channel One and I am in the process of transitioning over to my new role in this company. I will be working the team at Channel One and ALT Software to revitalize our global distributor network.

I am quite familiar with the Israel market and key players, IAI, ELTA/ Elbit, AITECH / David Saar.

**REDACTED**

Regards,
Dan

**REDACTED**


EXHIBIT B

# EXHIBIT C

**From:** Ashley Ferris
**Sent:** Tuesday, July 26, 2011 9:00 AM
**To:** Dan Joncas
**Cc:** Darryl Parisien; Rob Atkinson
**Subject:** RE: Lockheed SLA

Hi Dan,
I cannot find anything dated more current than what you have attached.

**From:** Dan Joncas [mailto:Dan.Joncas@ch1group.com]
**Sent:** July-25-11 7:35 PM
**To:** Ashley Ferris
**Cc:** Darryl Parisien; Rob Atkinson
**Subject:** Lockheed SLA

Hi Ashley – can you check if there is a software license agreement in place with Lockheed for E4690 beyond what is attached?

Looking through my files and emails I cannot find a fully executed license agreement with Lockheed other than the attached evaluation agreement.

Regards,
Dan Joncas
Core Avionics & Industrial
A Channel One Company
647.300.5791 (mobile)
416.628.1952 (office)
www.ch1group.com



EXHIBIT C

1

# EXHIBIT D

| | |
|---|---|
| From: | Dan Joncas |
| Sent: | Wednesday, July 06, 2011 5:23 PM |
| To: | Lee Melatti |
| Subject: | FW: RFQ Needed |
| Attachments: | ALT Software RFQ.pdf; Supplier Statement of Work - ALT.docx |

ALT Software RFQ.pdf    Supplier Statement of Work - A...

Fyi - this is through AITECH hw

-----Original Message-----
From:     REDACTED
Sent: July-06-11 5:19 PM
To: Sales
Subject: RFQ Needed

To Whom It May Concern,

Attached is a RFQ and SoW for ALT Software to perform software modification work. This effort will be under a US government prime contract should          receive an award later this year. Please feel free to call or email me if you have any questions.


Thank you,

**REDACTED**

Procurement Agent
**REDACTED**


EXHIBIT D

1

# EXHIBIT E

Case 8:12-cv-01932-JDW-TGW   Document 27-11   Filed 09/27/12   Page 14 of 16 PageID 625

## ALT. SOFTWARE INC.

Minutes of a meeting of directors (the "Board") of ALT.Software Inc. (the "Corporation") commencing on the 9th day of June, 2011 at 1:30 p.m. (EST), at the registered office of Quorum Investment partnership located at 70 York Street East, Suite 1710, Toronto, Ontario.

PRESENT: Darryl Parisien, President & Director
Alex Lima, Director
Stephen Li, Director
Ian McKinnon, Chairman of the Board
Wanda Dorosz, Director

INVITEES: Simon Wong, Secretary and Treasurer

**REDACTED**

### CAVI AGREEMENT

Darryl Parisien, the President of the Corporation addressed the Board. Mr Parisien presented the facts an agreement to sell the copyright to one of Alt's older driver products. The sale amounts to $1 million, with payments split into 3 trench's over 6 months. The agreement will allow ALT to continue to resell the product in the future. Furthermore, ALT will continue to provide future software development support via fee for service engagements.

Darryl Parisien abstained form voting upon this item. Upon motion duly made, seconded and unanimously carried, the asset sale agreement was duly approved and Darryl Parisien is hereby authorized and directed to sign the agreement on behalf of the Corporation.

**REDACTED**



EXHIBIT E

**REDACTED**

### TERMINATION OF MEETING

There being no further business to come before the meeting, upon motion duly made, seconded and unanimously carried, it was resolved that the meeting be terminated.

_____          _____
Darryl Parisien, Chairman                                Simon Wong, Secretary