**EXHIBIT 12**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CORE AVIONICS & INDUSTRIAL, LLC,

    Plaintiff,

v.

ALT SOFTWARE, INC.,

    Defendant.

CASE NO.:

8:12-cv-01932-JDW-TGW

_____/

### DECLARATION OF ROBERT ATKINSON

1. My name is Robert Atkinson. I am over the age of 18 years and am competent to testify in court. I have personal knowledge of the facts stated in this declaration. I reside in Rosemere, Canada.

2. I joined ALT Software, Inc. ("ALT") in September of 2004 and served as Director of Sales from that time until approximately July 2011, when I became Vice President of Sales and Marketing.

3. As both Director and Vice President, I was responsible for all direct sales of ALT's graphics products, including the E4690 Driver, and also managed the indirect sales of those products through ALT's international distributors.

4. I am familiar with the asset purchase transaction that closed between ALT and Core Avionics & Industrial LLC ("CAVI") on or about June 21, 2011, and with the agreements (the "Agreements") both ALT and CAVI signed at that time.

5. The Agreements include a commission agreement (the "Commission Agreement"), under which CAVI must pay ALT commissions for sales of E4690 Drivers and for sales of chips that have an associated E4690 Driver run time license.

1



6.  The commissions called for in the Commission Agreement were part of the consideration ALT was to receive under the Agreements.

7.  To my knowledge or upon information and belief, CAVI has not paid ALT a single commission, despite making commission-qualifying sales of drivers and chips to, among others, Goodrich Corp.'s affiliate Rosemount Aerospace Inc., JSC Aerospace Engineering Concern, Mercury Computer Systems, Inc., and Aitech Defense Systems, Inc, despite the terms of the Commission Agreement and ALT having done all of the sales and marketing activities for those customers. CAVI has also not provided ALT with a single quarterly report regarding its commission-qualifying sales.

8.  Before CAVI terminated the reseller agreement (the "Reseller Agreement") and the expiration of the license agreement (the "License Agreement"), CAVI told ALT's customers, including ELTA Systems, LTD. and Elbit Systems, LTD., that they should procure products and services directly from CAVI.

9.  Around the time CAVI terminated the Reseller Agreement and the License Agreement expired, CAVI told ALT and ALT's customers, including Northrop Grumman at Tinker AFB, that ALT could no longer perform its existing contracts with those customers.

10. ALT has also received complaints from its customers concerning CAVI's Vice President, Mr. Daniel Joncas, showing up unannounced and hand-delivering letters regarding ALT, which letters unnecessarily caused confusion, panic, and uncertainty with respect to the customers' business relationship with ALT.

11. Since termination of the Reseller Agreement on June 21, 2012, ALT has not entered into any new contracts involving the software for the E4690 GPU.

12. In fact, ALT has been telling customers that ALT cannot enter into any new business for software for the E4690 GPU.

13. For example, in a September 5, 2012 e-mail, I referred Mr. Andrew Scheurer of General Atomics Aeronautical to CAVI and forwarded to Mr. Scheurer the contact information of CAVI's Vice President, Dan Joncas. I copied Mr. Joncas on that e-mail. A true and correct copy of my September 5, 2012 e-mail is attached as Exhibit A. Further, in July 2012, in meetings with Tech Source, Inc. and Mercury Computer Systems, Inc. (collectively "Mercury"), I instructed Mercury to deal with CAVI going forward. I have also advised Lockheed that ALT cannot enter into any new agreements for software for the E4690 GPU.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 26, 2012

_____
ROBERT ATKINSON

# EXHIBIT A

**From:** Rob Atkinson [atkinson@altsoftware.com]
**Sent:** Wednesday, September 05, 2012 8:21 PM
**To:** Scheurer, Andrew
**Cc:** daniel.jarl@uav.com; dan.joncas@ch1group.com
**Subject:** RE: Hardware PO

Hi Andy,

Sorry for missing your call earlier today. I was tied up in a meeting. I'll be on site with a customer from 12 pm to 5 pm EDT tomorrow, so if we could speak first thing in the morning your time (around 8 am) that would be great. Otherwise, we can talk at about 17:30 my time.

Regarding procurement of the E4690 OpenGL drivers, I recommend that GA proceed with a direct procurement from CoreAVI. ALT Software sold an IP license to them in June 2011, and maintained a one year reseller agreement that expired in July this year. Based on our frequent discussions I had expected to have concluded the transaction prior to expiration of the Reseller Agreement. When we saw that the procurement decision was delayed, we applied to CoreAVI for a specific extension for General Atomics, but they prefer to deal directly with you now. This is fine. As I understand it they will honor the pricing that has been previously quoted to you. All hardware procurement for the GXPMC-5 is exclusively through ALT Software. We can also provide the SoftMap if you so desire. AS you have seen, GDUK has prepared an updated quote.

The PoC for receiving the updated quote for OpenGL drivers from CoreAVI is Dan Joncas (formerly of ALT Software). They have a well qualified team of former ALT Software engineers to provide integration and support services. Dan can be reached at dan.joncas@ch1group.com 647-300-5791. Let me know if you have trouble getting the quote update. If so I can help out.

Best Regards,

Rob


Robert Atkinson, P.Eng
VP Sales and Marketing
ALT Software Inc.
+1-416-203-8508 ext. 1102
atkinson@altsoftware.com


**From:** Scheurer, Andrew [Andrew.Scheurer@uav.com]
**Sent:** Friday, August 31, 2012 1:38 AM
**To:** Rob Atkinson
**Subject:** Hardware PO

Rob,
The hardware is in the PO pipeline.
On the Graphics – you had mentioned CoreAVI – what is the relationship of ALT and CoreAVI?
Is there an issue there?

Andrew Scheurer
Software Architecture


EXHIBIT A

Aircraft Systems Group
General Atomics Aeronautical
14200 Kirkham Way, Poway, CA 92064
(858) 312-2272
andrew.scheurer@uav.com