IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CORE AVIONICS & INDUSTRIAL
LLC,

      Plaintiff,

v.                                    CASE NO.: 8:12-CV-1932-JDW-TGW

ALT SOFTWARE, INC.,

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CORE AVIONICS & INDUSTRIAL LLC and Defendant, ALT SOFTWARE, INC., pursuant to Local Rule 3.08, notify the Court that this matter has been settled.  Pursuant to Local Rule 3.08(b), the parties request the Court enter an Order allowing 60 days to finalize the settlement due to various actions which must be performed by the parties during that time period and after the execution of the settlement agreement.  The parties request that the Court's Order administratively close the file during the 60 day period but permit the parties to file a stipulation of dismissal without prejudice during that period once the settlement is finalized in order to comply with the express terms of the settlement agreement.  Counsel for Plaintiff has conferred with counsel for Defendant who has advised Defendant does not oppose the relief requested.

Dated:  October 4, 2012.                  Respectfully submitted,

| | |
|---|---|
| */s/ Wm. Parker Sanders* | */s/ Richard H. Martin* |
| Scott S. Gallagher | Richard H. Martin |
| Florida Bar Number:  0371970 | Florida Bar Number:  579831 |
| Email:  ssgallagher@sgrlaw.com | Email:  richard.martin@akerman.com |

{25243614;1}

SMITH, GAMBRELL & RUSSELL, LLP
Bank of America Tower
50 North Laura Street, Suite 2600
Jacksonville, FL 32202
Telephone:  (904) 598-6100
Facsimile:  (904) 598-6207

Joyce B. Klemmer
Georgia Bar No. 425116
Email: jklemmer@sgrlaw.com
Wm. Parker Sanders
Georgia Bar No. 626020
Email: psanders@sgrlaw.com
1230 Peachtree Street, N.E.
Suite 3100, Promenade
Atlanta, GA 30309-3592
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
Attorneys for Defendant, ALT Software,
Inc.

Wesley D. Tibbals
Florida Bar Number: 163880
Email:  wes.tibbals@akerman.com
Jason L. Margolin
Florida Bar Number: 69881
Email:  jason.margolin@akerman.com
AKERMAN SENTERFITT
401 E. Jackson Street
Suite 1700
Tampa, FL  33602-5250
Phone:  (813) 223-7333
Fax:  (813) 223-2837
Attorneys for Plaintiff, Core Avionics &
Industrial, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2012, the foregoing was filed with the Court's CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Richard H. Martin
Attorney

{25243614;1}