IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CORE AVIONICS & INDUSTRIAL LLC,

    Plaintiff,

v.	CASE NO.: 8:12-CV-1932-JDW-TGW

ALT SOFTWARE, INC.,

    Defendant.
_____/

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a) and the Confidential Settlement Agreement between the parties, Plaintiff, CORE AVIONICS & INDUSTRIAL, LLC and Defendant, ALT SOFTWARE, INC. stipulate to the voluntarily dismissal, with prejudice, of all claims in this action, with each party to bear its own attorney's fees and costs. This stipulation is subject to the terms of the Confidential Settlement Agreement between the parties, effective November 14, 2012, and the scope of the releases contained therein.

Dated: November 15, 2012.	Respectfully submitted,

| | |
|---|---|
| */s/ Wm. Parker Sanders* | */s/ Richard H. Martin* |
| Scott S. Gallagher | Richard H. Martin |
| Florida Bar Number: 0371970 | Florida Bar Number: 579831 |
| Email: ssgallagher@sgrlaw.com | Email: richard.martin@akerman.com |
| SMITH, GAMBRELL & RUSSELL, LLP | Wesley D. Tibbals |
| Bank of America Tower | Florida Bar Number: 163880 |
| 50 North Laura Street, Suite 2600 | Email: wes.tibbals@akerman.com |
| Jacksonville, FL 32202 | Jason L. Margolin |
| Telephone: (904) 598-6100 | Florida Bar Number: 69881 |
| Facsimile: (904) 598-6207 | Email: jason.margolin@akerman.com |
| | AKERMAN SENTERFITT |
| Joyce B. Klemmer | 401 E. Jackson Street |

{25243693;1}

| | |
|---|---|
| Georgia Bar No. 425116 | Suite 1700 |
| Email: jklemmer@sgrlaw.com | Tampa, FL  33602-5250 |
| Wm. Parker Sanders | Phone:  (813) 223-7333 |
| Georgia Bar No. 626020 | Fax:  (813) 223-2837 |
| Email: psanders@sgrlaw.com | Attorneys for Plaintiff, Core Avionics & |
| 1230 Peachtree Street, N.E. | Industrial, LLC |
| Suite 3100, Promenade | |
| Atlanta, GA 30309-3592 | |
| Telephone: (404) 815-3500 | |
| Facsimile: (404) 815-3509 | |
| Attorneys for Defendant, ALT Software, Inc. | |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on November 15, 2012, the foregoing was filed with the Court's CM/ECF system which will send a notice of electronic filing to all parties.

                                            */s/ Richard H. Martin*
                                            Attorney